FIRST NATIONAL BANK OF BILLINGS, APPELLANT, *v.*
E. O. CLARK, AS TREASURER OF SWEET
GRASS COUNTY, RESPONDENT.

[Submitted Jan. 20. 1898.   Decided Jan. 24, 1898.]

(For Syllabus, see *First National Bank* v. *Provence, ante.*)

*Appeal from District Court, Sweet Grass county.   Frank Henry, Judge.*

ACTION by the First National Bank of Billings against E. O. Clark, county treasurer, to enjoin seizure and sale of sheep for taxes.   There was an order dissolving a preliminary injunction, and judgment for defendant, from which plaintiff appeals.   Reversed.

*O. F. Goddard,* for Appellant.

*C. B. Nolan,* Attorney General, for Respondent.

PER CURIAM.—Plaintiff obtained an interlocutory injunction restraining defendant from seizing and selling for taxes certain sheep owned by plaintiff. Thereafter the court dissolved the injunction, and taxed the costs of the motion in that behalf at $25. The parties then submitted an agreed statement, disclosing substantially the facts shown in *Bank* v. *Province, ante* (decided by this court Jan. 17, 1898,) 51 Pac. 821. Upon August 2, 1897, the District Court rendered judgment declaring the sheep subject to taxation under the statutes of Montana. From the order dissolving the injunction, and from the judgment entered, plaintiff has appealed.

Upon authority of *Bank* v. *Province, supra*, the order and judgment are reversed, and the District Court of Sweet Grass county is directed to perpetually enjoin defendant from seizing or selling said property for such taxes.

*Reversed and Remanded.*